written request that the jury do not consider same.

There being no error apparent from the record, the judgment of the court below is affirmed.

---

MOORE v. STATE. (No. 5313.)

(Court of Criminal Appeals of Texas. Feb. 19, 1919.)

CRIMINAL LAW ⟨⟩1131(4)—APPEAL — DISMISSAL—INCOMPLETE RECORD.

Where the record on appeal from conviction of forgery is before the Court of Criminal Appeals without any judgment or sentence, statement of facts, or notice of appeal, the appeal must be dismissed.

Appeal from Criminal District Court, Tarrant County; George E. Hosey, Judge.

L. E. Moore was convicted of forgery, and appeals. Appeal dismissed.

E. A. Berry, Asst. Atty. Gen., for the State.

LATTIMORE, J. In this case appellant was charged in the criminal district court of Tarrant county with the offense of forgery, and his punishment fixed by the verdict of the jury at four years.

The record is before us without any judgment or sentence, statement of facts, or notice of appeal, and in this case we have no option except to dismiss the appeal, which is accordingly done.

Appeal dismissed.